UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                              CASE NO: 8:10-cr-339-T-26AEP

MICHAEL MEISTER
_____/

**O R D E R**

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, together with the parties' written submission, evidentiary presentations, and oral arguments, and for the reasons stated orally on the record pursuant to Federal Rule of Appellate Procedure 9(a)(1) at the conclusion of the evidentiary hearing held in this case this day, which reasons are incorporated into this order for all purposes, the Court, in response to the Eleventh Circuit Court of Appeals' order of limited remand entered October 17, 2013, and found at docket 229, determines by clear and convincing evidence that Defendant does satisfy the criteria set forth in 18 U.S.C. § 3143(a)(1) for release pending sentencing, and that notwithstanding the fact that one of his offenses of conviction constitutes a crime of violence pursuant to 18 U.S.C. § 3143(a)(2), Defendant has clearly shown in accord with 18 U.S.C. § 3145(c) that there are exceptional reasons why his detention pending sentencing would not be appropriate.

The Clerk is directed to transmit a copy of this order, along with the transcript of the evidentiary hearing, to the Eleventh Circuit Court of Appeals once the transcript is filed.

**DONE AND ORDERED** at Tampa, Florida, on November 15, 2013.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record
Eleventh Circuit Court of Appeals