MICHAEL MEISTER
PINELLAS COUNTY JAIL
14400 49 STREET, N
CLEARWATER, FL 33762

AUGUST 25, 2021

CLERK
THE HONORABLE JUDGE RICHARD LAZARRA
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
801 N. FLORIDA AVENUE
TAMPA, FL 33602

RE: COMPLETION OF SENTENCE
    MICHAEL MEISTER
    CASE NO.: 8-10-CR-339-RAL-AEP

YOUR HONOR,

I WRITE THIS LETTER URGENTLY SEEKING YOUR HELP IN GETTING ME RELEASED FROM THE PINELLAS COUNTY JAIL. MY SENTENCE HAS BEEN COMPLETED ON AUGUST 27, 2021

FACTS

ON APRIL 1ST, I EARNED A SIX (6) MONTH SENTENCE FOR VIOLATING THE TERMS AND CONDITIONS OF MY SUPERVISED RELEASE. AT MY HEARING, YOU INDICATED THAT I WOULD SERVE MY SENTENCE AT THE

PAGE 1

BUREAU OF PRISONS. IN YOUR ORDER YOU RECOMMENDED I BE SENT TO THE FEDERAL MEDICAL CENTER AT BUTNER, NC. UNFORTUNATELY, I HAVE SERVED MY ENTIRE SENTENCE AT THE PCJ (PINELLAS COUNTY JAIL) COMPUTATION OF SENTENCE.

MY SENTENCE, ~~WITH~~ DEDUCTING THE STATUTORY GOOD-TIME OF TWENTY-SEVEN (27) DAYS, SHOULD HAVE ENDED ON AUGUST 27, 2021 AND I CALCULATED IT AS FOLLOWS:

| | DAYS |
|---|---|
| SIX (6) MONTH SENTENCE MARCH 24, 2021 → SEPT 23, 2021 | 183 |
| LESS: STATUTORY GOOD-TIME REDUCTION 27 DAYS | (27) |
| INCARCERATION PERIOD MARCH 24, 2021 — AUG 27, 2021. | 156 |

I WROTE TO THE U.S. MARSHALL SERVICE REQUESTING MY RELEASE DATE ON AUGUST 17, 2021 AND RECEIVED NO RESPONSE (COPY ATTACHED). I HAD A FAMILY MEMBER CONTACT THE MARSHALLS AND WAS INFORMED TODAY THAT MY RELEASE ~~WAS ON~~ DATE IS SEPTEMBER 17, 2021.

PAGE 2

MICHAEL MEISTER
CASE NO.: 8-10-CR-339-RAL-AEP

SINCE I HAVE BEEN HELD AT PCJ I HAVE NOT RECEIVED THE MEDICAL TREATMENT I REQUIRE AS FOLLOWS:

1) MULTIPLE MYELOMA (MM) I HAVE MM WHICH IS A UNIVERSALLY FATAL DISEASE FOR WHICH THERE IS CURRENTLY NO CURE. I REQUIRE CHEMO THERAPY IN ORDER TO SLOW MY DISEASE'S PROGRESSION. I RECEIVED CHEMO IN 4 WEEK CYCLES. 3 WEEKS OF CHEMO AND ONE OFF WEEK. I SHOULD HAVE RECEIVED 16 WEEKS OF CHEMO, TO-DATE, WHILE AT PCJ. I HAVE RECEIVED 7 WEEKS OF CHEMO. WHILE THE AT PCJ MEDICAL STAFF ASSERTS I AM SCHEDULED FOR CHEMO I HAVE RECEIVED NONE SINCE THE WEEK OF JUNE 20TH. THE LAST TIME I MET WITH MY HEMATOLOGIST, AT MOFFITT, LATE JUNE, HE EXPRESSLY STATED THAT FAILURE TO RECEIVED MY CHEMO WOULD CAUSE MY MM TO PROGRESS

PAGE 3

THERE IS NO DOUBT THE BLOOD/URINE LAB RESULTS, THE NEXT TIME THEY ARE RUN, WILL SHOW ~~ALL~~ THAT MY MM HAS PROGRESSED. FAILURE TO RECEIVE CHEMO WHILE AT PCJ HAS REDUCED MY LIFE EXPECTANCY.

2) ON JUNE 5, 2021, I WAS TAKEN TO THE HOSPITAL AND DIAGNOSED WITH ATRIAL FIBRILLATION. THE CARDIOLOGIST RAN MANY TESTS AND SAID I WOULD/SHOULD SEE HIM IN A FEW WEEKS. I HAVE NOT MET WITH THE CARDIOLOGIST.

3) ON JULY 5, 2021, I WAS ADMITTED TO THE HOSPITAL FOR AN ~~BLOC~~ INTESTINAL BLOCKAGE. I WAS HOSPITALIZED FOR 17 DAYS. I WAS NOT ALLOWED TO EAT OR TAKE MEDS BY MOUTH. THE HOSPITAL DISCONTINUED MY BI-POLAR MEDS. ~~UPON~~ UPON RETURN TO PCJ, I REQUESTED, ON JULY 29, 2021, THAT MY BI-POLAR MEDS BE RESTARTED. PCJ NURSE IVEY SAID THE BIPOLAR MEDS WILL NOT BE RESTARTED.

MICHAEL MEISTER
CASE NO.: 8-10-CR-339-RAL-AEP

I HAVE WRITTEN GRIEVENCES ON THE LACK OF CHEMO AND FAILURE TO PRESCRIBE MY BI-POLAR MEDS. I HAVE HAD NO RESPONSE TO MY FILINGS.

I EARNED MY SIX (6) MONTH SENTENCE AND HAVE COMPLETED IT.

I URGENTLY NEED YOUR ASSISTANCE IN SECURING MY IMMEDIATE RELEASE FROM INCARCERATION SO I CAN SEEK THE MEDICAL TREATMENT I REQUIRE TO EXTEND MY LIFE EXPECTANCY.

I HAVE REACHED OUT TO MY PUBLIC DEFENDER TWO TIMES AND HE HAS NOT CONTACTED ME.

RESPECTFULLY,

MICHAEL MEISTER

PAGE 5

Michael Meister
Pinellas County Jail
14400 49 Street, N
Clearwater, FL 33762

August 17, 2021

Director
U.S. Marshall Service
Middle District of Florida
Tampa Division
Suite 4
801 N Florida Avenue
Tampa, FL 33602

RE: MICHAEL MEISTER
   Completion of Sentence
   Case No.: 8-10-CR-339-RAL-AEP
   BOP Reg #51918-018

To whom it may concern:

The purpose of this letter is to request confirmation/acknowledgment of my release date from the sentence I am serving at the Pinellas County Jail ("PCJ").

FACTS
On March 24, 2021 I was arrested and booked into the PCJ for violating

Page 1

the terms and conditions of my federal supervised release. On April 1, 2021, Judge Richard Lazarra sentenced me to a six (6) month sentence to be served at the Federal Bureau of Prisons. Since my incarceration, I have been held at the PCJ.

ISSUE

The PCJ management/staff do not know my release date. Their records only indicate I have a USMS hold. The PCJ inmate record division suggested I write to USMS to get my release date.

RELEASE DATE CALCULATION

I calculate my release date to be August 27, 2021, calculated as follows:

| PERIOD | # OF DAYS |
|---|---|
| April 24, 2021 – September 23, 2021 (Six months) | 183 |
| Less: Good-time sentence reduction | (27) |
| August 27, 2021 | 156 |

PAGE 2

MICHAEL MEISTER
CASE NO.: 8-10-CR-339-RAL-AEP

HEALTH STATUS AND DETERIORATION THEREOF.

I WAS DIAGNOSED WITH MULTIPLE MYELOMA IN MARCH 2011. MULTIPLE MYELOMA IS A UNIVERSALLY FATAL CANCER FOR WHICH THERE IS CURRENTLY NO CURE. THE FOLLOWING OCCURRED WHILE IN THE CUSTODY OF THE PCJ

1) FAILED TO RECEIVE ALL CHEMOTHERAPIES PRESCRIBED BY H.L. MOFFITT CANCER CENTER - I SHOULD HAVE RECEIVED 15 CHEMOTHERAPY TREATMENT AND HAVE RECEIVED ONLY 7. THE LAST TIME I SAW MY HEMATOLOGIST AT MOFFITT WAS LATE JUNE 2021. HE WAS CONCERNED BECAUSE I MISSED 3 CHEMOTHERAPY SESSIONS AT THAT TIME. THERE IS NO DOUBT THAT THE FAILURE TO RECEIVE ALL CHEMOTHERAPY TREATMENTS HAVE CAUSED MY CANCER TO PROGRESS AND HAS SHORTENED MY LIFE EXPECTANCY. THE NEXT BLOOD/ URINE LABS RUN AT MOFFITT WILL VERIFY THAT.

PAGE 3

2.) IN JUNE I WAS ADMITTED TO NORTHSIDE HOSPITAL FOR RAPID/IRREGULAR HEART BEAT. THE CARDIALOGIST, DR. PATEL DIAGNOSED ATRIAL FIBRILLATION AND INDICATED I WOULD HAVE AN APPOINTMENT AT HIS OFFICE TO DISCUSS TREATMENT. I HAVE NOT BEEN SCHEDULED TO SEE HIM AT THIS TIME.

3) IN JULY 5, 2021, I WAS ADMITTED TO LARGO MEDICAL CENTER FOR A LOWER INTESTINE OBSTRUCTION, WHICH REQUIRED SURGERY. I WAS RELEASED JULY 21, 202[1]

4) WHEN I CAME BACK TO PCJ, THEY FAILED TO RESTART MY MEDICINE FOR MY BI-POLAR DISEASE THAT I HAVE TAKEN SINCE 2009. I WENT TO SICK CALL ON JULY 24, 2021 & REQUESTED THE LAMOTRIGINE BE RESTARTED. THE NURSE SAID I WOULD BE SEEN BY THE APRN. FOUR DAYS LATER I ~~MEET~~ MET WITH THE APRN. WITH NEITHER SUBJECTIVE OR OBJECTIVE TESTING DIAGNOSIS, SHE SAID I WAS

PAGE 4

MICHAEL MEISTER
CASE NO.: 8-10-CR-339-RAL-AEP

NO LONGER ~~BEEN~~ SUFFERING MANIA AND NO BI-POLAR MEDS WOULD BE PRESCRIBED. I HAVE SUFFERED FROM BI-POLAR DISORDER SINCE I WAS IN MY TWENTIES. UNFORTUNATELY THERE IS NO CURE AND I AM REQUIRED TO BE ON MEDS THE REMAINDER OF MY LIFE. THE MEDICAL RECORDS REVIEWED AT MY BOOKING CLEARLY LIST ALL THE MEDS INCLUDING THE BI-POLAR MEDS, I WAS TAKING PRIOR TO INCARCERATION.

C

SUMMARY

MY HEALTH CONDITIONS ARE CHRONIC AND CLEARLY ARE BEYOND THE MEDICAL CAPABILITIES OF PCJ TO HANDLE.
 I NEED TO BE RELEASED AT THE END OF MY STATUTORY SENTENCE END DATE OF AUGUST 27, 2021 SO I CAN GET THE TREATMENT THAT

PAGE 5

BOP FAILED TO DELIVER TO ME THROUGH THEIR AGENT, PCJ.

I WOULD APPRECIATE PROMPT NOTIFICATION OF MY RELEASE DATE TO THE PCJ INMATE RECORD DIVISION WITH INMATE RECORDS NOTIFYING ME VIA E-MAIL OR, PREFERABLY, IN PERSON, SO I CAN MAKE THE APPROPRIATE, TIMELY ARRANGEMENTS FOR MY REQUIRED MEDICAL CARE.

RESPECTFULLY,

MICHAEL MEISTER
51918018

CC: HONORABLE JUDGE RICHARD LAZARRA

PAGE 6